## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 30, 2024

Mr. Peter W. Herzog III
Wheeler Trigg O'Donnell
211 N. Broadway
Suite 2825
St. Louis, MO 63102

Re: Case No. 24-5421, *Jessica Clippinger v. State Farm Automobile Insurance Company*
Originating Case No. 2:20-cv-02482

Dear Counsel,

This appeal has been docketed as case number **24-5421** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 14, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

|   |   |
|---|---|
| Appellee: | Appearance of Counsel |
|   | Disclosure of Corporate Affiliations |
|   | Application for Admission to 6th Circuit Bar (if applicable) |

You have until **May 14, 2024** to pay the $605.00 appellate filing fee.

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc:  Mr. Jacob L. Phillips

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-5421

JESSICA CLIPPINGER, on behalf of herself and all others similarly situated

      Plaintiff - Appellee

v.

STATE FARM AUTOMOBILE INSURANCE COMPANY

      Defendant - Appellant