UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-5421**            Case Manager: **Monica M. Page**

Case Name: **Jessica Clippinger v. State Farm Mutual Automobile Insurance Company**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Appellant State Farm Mutual Automobile Insurance Company ("State Farm") brings this appeal against Appellee Jessica Clippinger.

The issues expected to be raised include but are not limited to the following: (1) whether the district court erred by finding Plaintiff satisfied Rule 23(a)'s typicality requirement; (2) whether the district court erred by finding Plaintiff satisfied Rule 23(a)'s commonality and Rule 23(b)(3)'s predominance requirements, given the individualized nature of car valuations, the contractual appraisal provision, and Plaintiff's mismatched damages model; (3) whether the district court erred by finding Plaintiff and the class members suffered a "legal injury"; and (4) whether the district court erred by finding Plaintiff satisifed Rule 23's requirements for superiority and manageability.

This is to certify that a copy of this statement was served on opposing counsel of record this **8th** day of _____**May**_____, **2024**   .         s/ Peter W. Herzog III

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.